THE KARLIN LAW FIRM LLP
L. Scott Karlin (SBN 90605)
Michael J. Karlin (SBN 272442)
Rex T. Reeves (SBN 136842)
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
lsk@karlinlaw.com; mike@karlinlaw.com;
rex@karlinlaw.com

Attorneys for Defendant
DOLLAR TREE STORES, INC.
(sued in this action as "DOLLAR TREE
STORES, INC. dba DOLLAR TREE #5179")

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHAW, | Case No. 2:25-cv-01818-TLN-SCR |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT DOLLAR TREE STORES, INC. TO RESPOND TO INITIAL COMPLAINT TO OCTOBER 30, 2025** |
| DOLLAR TREE STORES, INC. dba DOLLAR TREE #5179; WRI WEST GATE SOUTH, L.P.; | |
| Defendants. | Current response date:  10/2/2025 |
| | New response date:  10/30/2025 |

IT IS HEREBY STIPULATED by and between Plaintiff CAMERON SHAW ("Plaintiff") and Defendant DOLLAR TREE STORES, INC. (sued in this action as "DOLLAR TREE STORES, INC. dba DOLLAR TREE #5179") ("Defendant DT" herein), by and through their attorneys of record, as follows (Plaintiff and Defendant DT are referred to herein as the "Parties"):

    1.    Plaintiff agrees to give Defendant DT an extension of time to respond to the Complaint.

    2.    The initial due date for Defendant DT to respond to the Complaint was August 7, 2025.

3.    Plaintiff and Defendant DT thereafter agreed to extend the due date for Defendant DT to respond to the Complaint to September 4, 2025 (28 days).  A stipulation reflecting this extension was filed pursuant to L.R. 144(a) [Dkt 7].  Plaintiff and Defendant thereafter agreed to extend the due date for Defendant DT to respond to the Complain to October 2, 2025 (an additional 28 day extension for Defendant DT) [Dkt 12], which the Court approved [Dkt 13].

4.    The Parties are continuing to explore potential settlement and investigate this matter.

5.    It is agreed and stipulated that the new due date for Defendant DT to respond to the Complaint will be October 30, 2025 (a 28 day extension for Defendant DT (for a total of all extensions of 84 days)).  This extension of time is the third extension for Defendant DT and does not alter the date of any event or deadline already fixed by Court order.

The Parties jointly request that the Court enter an Order consistent with the foregoing.  Good cause exists for this extension for the purpose of reducing fees and costs, as counsel are continuing to explore settlement in this action, are actively involved in settlement negotiations, and believe that the additional time to investigate this matter and engage in further settlement discussions that will be afforded by the requested extension of time to respond to the Complaint will facilitate, and increase the chances of, early settlement of this matter.  It is hoped that, as a result of the requested continuance and additional time to investigate and negotiate, a settlement will be reached in this matter.

DATED:  9/26/2025                          **MOORE LAW FIRM, P.C.**

                                            By:  ___/s/ Tanya E. Moore_____
                                              Tanya E. Moore, Esq.
                                             Attorneys for Plaintiff
                                             CAMERON SHAW

DATED:  9/26/2025                          **THE KARLIN LAW FIRM LLP**

                                            By:  ___/s/ Rex T. Reeves_____
                                               Rex T. Reeves, Esq.
                                             Attorneys for Defendant
                                             DOLLAR TREE STORES, INC.
                                             (sued in this action as "DOLLAR TREE STORES, INC.
                                             dba DOLLAR TREE #5179")

1

### <u>ORDER</u>

2          IT IS SO ORDERED.  The due date for Defendant Dollar Tree Stores, Inc. to respond to

3   the Complaint is hereby extended to October 30, 2025.

4

5

6   Date: September 26, 2025

7                                         Troy L. Nunley
                                          Chief United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28